UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

IN RE:

    DEMETRIOS O HUGGINS and                           Chapter 13
    KIMBERLY HUGGINS                                     Case No. 10-14497

                                             Debtors.

## MODIFIED PLAN

      DEMETRIOS O HUGGINS and KIMBERLY HUGGINS, the Debtors herein, hereby modify their Chapter 13 Plan (the "Plan") pursuant to 11 U.S.C. §1329 as follows:

      1.     To the extent there have been any post petition defaults they shall be deemed waived and payments shall resume in the sum of $450.00 in January of 2014. The Plan shall continue for sixty (60) months from date of confirmation of the Plan. The dividend shall be not less than 19% or the liquidation value fixed by the Court in the confirmation order at $9,250.00, whichever is greater. In addition, Michael J. O'Connor, Esq. is hereby and in all respects allowed an additional administrative claim in the sum of $890.00 to be inside the Plan for services rendered in connection with the Motion.

# DECLARATION

(The penalty for making a false statement of concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both. - 18 U.S.C. secs. 152 and 3571.)

We, DEMETRIOS O HUGGINS and KIMBERLY HUGGINS, named as the Debtors in this case, declare under penalties of perjury that we have read the foregoing Modified Plan, consisting of two (2) sheets (including this declaration), and that it is true and correct to the best of our knowledge, information and belief.

DATED:	January 6, 2014		s/ Demetrios O Huggins
					Demetrios O Huggins

DATED:	January 6, 2014		/s/ Kimberly Huggins
					Kimberly Huggins